UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

CASE #: 1:06-cv-643(JSR)

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of January, two thousand twelve.

Before: RALPH K. WINTER,
ROSEMARY S. POOLER,
         *Circuit Judges.* *

---

CAPITAL MANAGEMENT SELECT FUND LTD.,
INVESTMENT & DEVELOPMENT FINANCE CORPORATION
IDC FINANCIAL S.A., GLOBAL MANAGEMENT
WORLDWIDE LIMITED, individually and on behalf of all others
similarly situated, ARBAT EQUITY ARBITRAGE FUND LIMITED,
RUSSIAN INVESTORS SECURITIES LIMITED,
VR GLOBAL PARTNERS, L.P., PATON HOLDINGS, LTD.,
VR CAPITAL GROUP LTD., and VR ARGENTINA RECOVERY FUND LTD.,
            *Plaintiffs-Appellants,*
    v.

PHILLIP R. BENNETT, PHILIP SILVERMAN, ROBERT C. TROSTEN,
RICHARD N. OUTRIDGE, SANTO C. MAGGIO,
LEO R. BREITMAN, GRANT THORNTON LLP,
TONE N. GRANT, and REFCO GROUP HOLDINGS, INC.,
            *Defendants,*

PHILLIP R. BENNETT, PHILIP SILVERMAN, ROBERT C. TROSTEN,
RICHARD N. OUTRIDGE, SANTO C. MAGGIO, LEO R. BREITMAN,
GRANT THORNTON LLP, TONE N. GRANT, and REFCO GROUP HOLDINGS, INC.,
            *Consolidated-Defendants.*

JUDGMENT
Docket No.: 08-6166 (Lead)
            08-6167 (Con.)
            08-6230 (Con.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 16, 2012

---

The appeal in the above captioned case from an order of United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is AFFIRMED in accordance with the opinion of this court.

                        FOR THE COURT,
                        CATHERINE O'HAGAN WOLFE, Clerk

---

*This panel originally included the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation; however, Judge Rakoff has recused [himself and the appeal is being decided by the remain]ing judges in accordance with Second Circuit [practice.]

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/15/2012